1

2

3

4

5

6                               UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    DERICK OWUSU,

9                            Plaintiff,              Case No. C15-1812-JLR

10           v.

11   BANK OF AMERICA, N.A., *et al*.,               ORDER GRANTING DEFENDANT
                                                    BANK OF AMERICA'S MOTION TO
12                           Defendants.            DISMISS

13

14          The Court, having reviewed plaintiff's complaint, defendant Bank of America's motion to

15   dismiss, plaintiff's motion for continuance, the Report and Recommendation of the Honorable

16   James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find

17   and ORDER:

18          (1)     The Court adopts the Report and Recommendation.

19          (2)     Defendant Bank of America's motion to dismiss plaintiff's complaint under Fed.

20   R. Civ. P. 12(b)(6) (Dkt. 7) is GRANTED.  Plaintiff's complaint and this action are DISMISSED

21   with prejudice as to defendant Bank of America.

22          (3)     Plaintiff's motion for continuance (Dkt. 9) is DENIED.

23

ORDER GRANTING DEFENDANT BANK
OF AMERICA'S MOTION TO DISMISS - 1

1        (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2  defendants, and to the Honorable James P. Donohue.

3        DATED this 11th day of February, 2016.

4

5

6                      JAMES L. ROBART
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANT BANK
OF AMERICA'S MOTION TO DISMISS - 2