UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERICK OWUSU,

    Plaintiff,

v.

BANK OF AMERICA, et al.,

    Defendants.

NO. C15-1812-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The action is DISMISSED without prejudice as duplicative of cause number C15-1606-JLR-JPD.

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 6th day of June, 2016.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1